**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

**MEMO ENDORSED**

**Partners:**
Jonathan Bell
Nathalie Bell
Susan Tylar
Andrea Batres
Paul Bartels
Chaya Gourarie
Kyle Pulis
Elissa Krell
Adam Grogan

The request is granted. The parties are directed to submit their settlement agreement for review by December 8, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 5, 2026
New York, New York

November 3, 2026

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Zhang v. 11 Kitchen Inc. d/b/a Wok Wok SE Asian Restaurant, *et al.*
24-cv-8956 (ER)

Dear Judge Ramos:

As counsel for Plaintiff, we write, with the consent of Defendants' counsel, to respectfully request a 30-day extension of the parties' deadline to submit an application to reopen this matter [ECF No. 31].

As an update, the parties are in the process of finalizing settlement documentation and require additional time to do so and to obtain the necessary signatures from all parties. Accordingly, the parties respectfully request that the deadline to submit the settlement papers for the Court's review, to the extent necessary, and/or file an application to reopen this matter, be extended by 30 days.

Your Honor's consideration is appreciated.

Respectfully submitted,

/s/ Kyle T. Pulis

cc: All counsel of record (via ECF)